McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Marshall C. Whitney, CA # 82952
  *marshall.whitney@mccormickbarstow.com*
Ben Nicholson, CA # 239893
  *ben.nicholson@mccormickbarstow.com*
Shane G. Smith, CA # 272630
  *shane.smith@mccormickbarstow.com*
7647 North Fresno Street
Fresno, California 93720
Telephone:     (559) 433-1300
Facsimile:     (559) 433-2300

*Attorneys for Plaintiff and Counter-Defendant,*
*GALLO CATTLE COMPANY d/b/a JOSEPH*
*GALLO FARMS, a California limited partnership*

LEWIS & LLEWELLYN LLP
Paul T. Llewellyn, CA # 216887
Marc R. Lewis, CA # 233306
Evangeline A.Z. Burbidge, CA # 266966
505 Montgomery Street, Suite 1300
San Francisco, California  94111
Telephone:  (415) 800-0590
Facsimile:  (415) 390-2127
Email: pllewellyn@lewisllewellyn.com
       mlewis@lewisllewellyn.com
       eburbidge@lewisllewellyn.com

*Attorneys for Defendant and Counter-Plaintiff*
*SAPUTO DAIRY FOODS USA, LLC*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| GALLO CATTLE COMPANY d/b/a JOSEPH GALLO FARMS, a California limited partnership,<br><br>Plaintiff,<br><br>v.<br><br>SAPUTO DAIRY FOODS USA, LLC, a Delaware limited liability company,<br><br>Defendant.<br><br>AND RELATED COUNTER-CLAIMS. | Case No. 1:16-cv-01673-LJO-EPG<br><br>**STIPULATION AND [PROPOSED] ORDER TO AMEND THE SCHEDULING ORDER**<br><br>**HON. ERICA P. GROSJEAN<br>U.S. MAGISTRATE JUDGE**<br><br>Action Filed:    October 3, 2016<br>Trial Date:       June 5, 2018 |

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 North Fresno Street
Fresno, CA 93720

JOINT STIPULATION & PROPOSED ORDER TO AMEND SCHEDULING ORDER

Plaintiff and Counter-Defendant, GALLO CATTLE COMPANY d/b/a JOSEPH GALLO FARMS ("Gallo") and Defendant and Counter-Plaintiff SAPUTO DAIRY FOODS USA, LLC ("Saputo") respectfully submit this stipulated request that the Court grant a limited extension of the non-expert discovery period set forth in the Scheduling Conference Order (*see* ECF 15). In support of this stipulation, the parties state as follows:

1. The Court set a pretrial schedule in this case on January 24, 2017 (ECF 15), and discovery opened on February 10, 2017 with the parties' exchange of Fed. R. Civ. P. 26(a) Initial Disclosures. Thereafter the parties have mutually responded to written discovery and produced documents in response to requests for production. No depositions have yet taken place nor are any scheduled at present.

2. Throughout the fact discovery period, the parties have informally discussed settlement in good faith without achieving a resolution on their own. The parties believe that the assistance of a mediator will be helpful, and have scheduled a mediation session before Hon. James A. Ardaiz (Ret.) in Fresno, California on June 30, 2017. Representatives from both parties with full settlement authority will be present at the mediation.

3. The parties are cautiously optimistic that a settlement of this action can be reached in connection with the June 30 mediation.

4. The parties respectfully request that the Court grant a 30-day extension of the fact discovery window in order to give the parties a chance to mediate this case prior to incurring the costs and burdens associated with fact depositions and expert discovery.

5. Pursuant to L.R. 144(b), the parties state that they have not previously requested an extension of time from the Court.

6. The proposed extension will not impact any deadlines before the Court.

7. Therefore, the parties respectfully request that the Scheduling Conference Order entered on January 24, 2017 be amended as follows:

///

///

///

| Event | Current Scheduling Order Date | Proposed Scheduling Order Date |
|---|---|---|
| Mid-Discovery Conference | 6/19/2017 | 8/8/2017<br>10:00 a.m, Dept. 10 |
| Non-Expert Discovery Cutoff | July 17, 2017 | August 16, 2017 |
| Expert Disclosure | August 17, 2017 | September 6, 2017 |
| Rebuttal Expert Disclosure | September 18, 2017 | October 6, 2017 |
| Expert Discovery Cutoff | October 17, 2017 | October 31, 2017 |
| Dispositive Motion Deadline | November 21, 2017 | November 21, 2017 |
| Pretrial Conference | April 5, 2018<br>11:00 a.m., Dept. 10 | April 5, 2018<br>11:00 a.m., Dept. 10 |
| Jury Trial | June 5, 2018<br>8:30 a.m., Dept. 10 | June 5, 2018<br>8:30 a.m., Dept. 10 |

RESPECTFULLY SUBMITTED,

Dated: June 9, 2017

McCORMICK, BARSTOW, SHEPPARD, WAYTE & CARRUTH LLP

By: /s/ *Shane G. Smith*
Marshall C. Whitney
Ben Nicholson
Shane G. Smith
*Attorneys for Plaintiff and Counter-Defendant, GALLO CATTLE COMPANY d/b/a JOSEPH GALLO FARMS*

Dated: June 9, 2017

LEWIS & LLEWELLYN LLP

By: /s/ *Evangeline A.Z. Burbidge*
Paul T. Llewellyn
Marc R. Lewis
Evangeline A.Z. Burbidge
*Attorneys for Defendant and Counter-Plaintiff SAPUTO DAIRY FOODS USA, LLC*

McCORMICK, BARSTOW,
SHEPPARD, WAYTE &
CARRUTH LLP
7647 NORTH FRESNO STREET
FRESNO, CA 93720

3

JOINT STIPULATION & PROPOSED ORDER TO AMEND SCHEDULING ORDER

-oOo-

**SIGNATURE ATTESTATION**

I hereby attest that concurrence has been obtained from Evangeline A.Z. Burbidge, counsel for Saputo Dairy Foods USA, LLC, as indicated by a "conformed" signature (/s/) within this e-filed document.

*/s/ Shane G. Smith*
Shane G. Smith

-oOo-

**ORDER**

UPON CONSIDERATION of the Parties' Stipulation to Amend the Scheduling Order, and for good cause appearing, IT IS SO ORDERED that the Scheduling Conference Order governing the pretrial phase of the above-captioned litigation is amended as set forth above.

IT IS SO ORDERED.

Dated: **June 9, 2017**        /s/ Erica P. Grosjean
UNITED STATES MAGISTRATE JUDGE

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 North Fresno Street
Fresno, CA 93720

4
JOINT STIPULATION & PROPOSED ORDER TO AMEND SCHEDULING ORDER

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 North Fresno Street
Fresno, CA 93720