1  McCormick, Barstow, Sheppard,
   Wayte & Carruth LLP
2  Marshall C. Whitney, CA # 82952
     *marshall.whitney@mccormickbarstow.com*
3  Ben Nicholson, CA # 239893
     *ben.nicholson@mccormickbarstow.com*
4  Shane G. Smith, CA # 272630
     *shane.smith@mccormickbarstow.com*
5  7647 North Fresno Street
   Fresno, California 93720
6  Telephone:    (559) 433-1300
   Facsimile:    (559) 433-2300
7
   *Attorneys for Plaintiff and Counter-Defendant,*
8  *GALLO CATTLE COMPANY d/b/a JOSEPH*
   *GALLO FARMS, a California limited partnership*
9
   LEWIS & LLEWELLYN LLP
10 Paul T. Llewellyn, CA # 216887
   Marc R. Lewis, CA # 233306
11 Evangeline A.Z. Burbidge, CA # 266966
   505 Montgomery Street, Suite 1300
12 San Francisco, California  94111
   Telephone:  (415) 800-0590
13 Facsimile:  (415) 390-2127
   Email:  pllewellyn@lewisllewellyn.com
14         mlewis@lewisllewellyn.com
           eburbidge@lewisllewellyn.com
15
   *Attorneys for Defendant and Counter-Plaintiff*
16 *SAPUTO DAIRY FOODS USA, LLC*

17                  UNITED STATES DISTRICT COURT

18         EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| 19  GALLO CATTLE COMPANY d/b/a JOSEPH GALLO FARMS, a California limited | Case No. 1:16-cv-01673-LJO-EPG |
| 20  partnership, | **STIPULATION AND ORDER TO AMEND THE SCHEDULING ORDER** |
| 21          Plaintiff, | |
| 22          v. | **HON. ERICA P. GROSJEAN U.S. MAGISTRATE JUDGE** |
| 23  SAPUTO DAIRY FOODS USA, LLC, a Delaware limited liability company, | Action Filed:    October 3, 2016 |
| 24          Defendant. | Trial Date:      June 5, 2018 |
| 25 | |
| 26  AND RELATED COUNTER-CLAIMS. | |
| 27 | |
| 28 | |

1    Plaintiff and Counter-Defendant, GALLO CATTLE COMPANY d/b/a JOSEPH GALLO

2  FARMS ("Gallo") and Defendant and Counter-Plaintiff SAPUTO DAIRY FOODS USA, LLC

3  ("Saputo") respectfully submit this stipulated request that the Court grant a limited extension of

4  the discovery period set forth in the Amended Scheduling Conference Order (*see* ECF 21).  In

5  support of this stipulation, the parties state as follows:

6        1.     The Court set a pretrial schedule in this case on January 24, 2017 (ECF 15), and

7  discovery opened on February 10, 2017 with the parties' exchange of Fed. R. Civ. P. 26(a) Initial

8  Disclosures.  Thereafter the parties have mutually responded to written discovery and produced

9  documents in response to requests for production.  No depositions have yet taken place nor are any

10  scheduled at present.

11       2.     Throughout the fact discovery period, the parties have informally discussed

12  settlement in good faith without achieving a resolution on their own.  The parties engaged in a

13  mediation session before the Hon. James A. Ardaiz (Ret.) in Fresno, California on June 30, 2017.

14  Representatives from both parties with full settlement authority were present at the mediation.

15  The mediation was productive and the parties are hopeful that a formal resolution can be reached

16  within the next thirty (30) days.  The parties are continuing to engage in settlement discussions,

17  and the Hon. James A. Ardaiz has agreed to continue to participate in the process.

18       3.     The parties respectfully request that the Court grant a further 30-day extension of

19  the fact discovery cut-off date, with associated extensions of the expert discovery dates, in order to

20  give the parties the opportunity to continue the settlement discussions that commenced on June 30,

21  2017 prior to incurring the costs and burdens associated with fact depositions and expert

22  discovery.

23       4.     Pursuant to L.R. 144(b), the parties state that they have previously requested and

24  received one 30-day extension from the Court (*see* ECF 21).

25       5.     The proposed extension will not impact any deadlines before the Court.

26       6.     Therefore, the parties respectfully request that the Amended Scheduling Order

27  entered on June 9, 2017 be further amended as follows:

28  //

1  //

| Event | Current Scheduling Order Date | Proposed Scheduling Order Date |
|---|---|---|
| Non-Expert Discovery Cutoff | August 16, 2017 | September 15, 2017 |
| Expert Disclosure | September 6, 2017 | September 27, 2017 |
| Rebuttal Expert Disclosure | October 6, 2017 | October 20, 2017 |
| Expert Discovery Cutoff | October 31, 2017 | November 9, 2017 |
| Dispositive Motion Filing Deadline | November 21, 2017 | November 21, 2017 |
| Pretrial Conference | April 5, 2018 11:00 a.m., Dept. 10 | April 5, 2018 11:00 a.m., Dept. 10 |
| Jury Trial | June 5, 2018 8:30 a.m., Dept. 10 | June 5, 2018 8:30 a.m., Dept. 10 |

RESPECTFULLY SUBMITTED,

Dated:  July 7, 2017                                    McCORMICK, BARSTOW, SHEPPARD,
                                                              WAYTE & CARRUTH LLP


                                                        By: _____/s/ *Shane G. Smith*_____
                                                              Marshall C. Whitney
                                                              Ben Nicholson
                                                              Shane G. Smith
                                                        *Attorneys for Plaintiff and Counter-Defendant,*
                                                        *GALLO CATTLE COMPANY d/b/a JOSEPH*
                                                        *GALLO FARMS*

Dated:  July 7, 2017                                    LEWIS & LLEWELLYN LLP


                                                        By: _____/s/ *Paul T. Llewellyn*_____
                                                              Paul T. Llewellyn
                                                              Marc R. Lewis
                                                              Evangeline A.Z. Burbidge
                                                        *Attorneys for Defendant and Counter-Plaintiff*
                                                        *SAPUTO DAIRY FOODS USA, LLC*

3

| | |
|---|---|
| 1 | -oOo- |
| 2 | **SIGNATURE ATTESTATION** |
| 3 | I hereby attest that concurrence has been obtained from Paul T. Llewellyn, counsel for |
| 4 | Saputo Dairy Foods USA, LLC, as indicated by a "conformed" signature (/s/) within this e-filed |
| 5 | document. |

_/s/ Shane G. Smith_
Shane G. Smith

-oOo-

**ORDER**

Upon consideration of the Parties' Stipulation to Amend the Scheduling Order, and for good cause appearing, the Scheduling Conference Order governing the pretrial phase of the above-captioned litigation is amended as follows:

| Event | Current Date | New Date |
|---|---|---|
| Non-Expert Discovery Cutoff | August 16, 2017 | September 15, 2017 |
| Expert Disclosure | September 6, 2017 | September 27, 2017 |
| Rebuttal Expert Disclosure | October 6, 2017 | October 20, 2017 |
| Expert Discovery Cutoff | October 31, 2017 | November 9, 2017 |

IT IS SO ORDERED.

Dated: **July 10, 2017**            /s/ *Erica P. Grosjean*
                                    UNITED STATES MAGISTRATE JUDGE

5