McCormick, Barstow, Sheppard,
Wayte & Carruth LLP
Marshall C. Whitney, CA # 82952
  *marshall.whitney@mccormickbarstow.com*
Ben Nicholson, CA # 239893
  *ben.nicholson@mccormickbarstow.com*
Shane G. Smith, CA # 272630
  *shane.smith@mccormickbarstow.com*
7647 North Fresno Street
Fresno, California 93720
Telephone:    (559) 433-1300
Facsimile:    (559) 433-2300

*Attorneys for Plaintiff and Counter-Defendant,*
*GALLO CATTLE COMPANY d/b/a JOSEPH*
*GALLO FARMS, a California limited partnership*

LEWIS & LLEWELLYN LLP
Paul T. Llewellyn, CA # 216887
Evangeline A.Z. Burbidge, CA # 266966
505 Montgomery Street, Suite 1300
San Francisco, California 94111
Telephone: (415) 800-0590
Facsimile:  (415) 390-2127
Email: pllewellyn@lewisllewellyn.com
       eburbidge@lewisllewellyn.com

*Attorneys for Defendant and Counter-Plaintiff*
*SAPUTO DAIRY FOODS USA, LLC*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISION

| | |
|---|---|
| GALLO CATTLE COMPANY d/b/a JOSEPH GALLO FARMS, a California limited partnership,<br><br>Plaintiff,<br><br>v.<br><br>SAPUTO DAIRY FOODS USA, LLC, a Delaware limited liability company,<br><br>Defendant.<br><br>AND RELATED COUNTER-CLAIMS. | Case No. 1:16-cv-01673-LJO-EPG<br><br>**STIPULATION AND [PROPOSED] ORDER TO AMEND THE SCHEDULING ORDER**<br><br>**HON. ERICA P. GROSJEAN**<br>**U.S. MAGISTRATE JUDGE**<br><br>Action Filed:    October 3, 2016<br>Trial Date:      June 5, 2018 |

Plaintiff and Counter-Defendant, GALLO CATTLE COMPANY d/b/a JOSEPH GALLO FARMS ("Gallo") and Defendant and Counter-Plaintiff SAPUTO DAIRY FOODS USA, LLC

McCormick, Barstow,
Sheppard, Wayte &
Carruth LLP
7647 North Fresno Street
Fresno, CA 93720

STIPULATION AND [PROPOSED] ORDER TO AMEND THE SCHEDULING ORDER

("Saputo") respectfully submit this stipulated request that the Court grant a second, limited extension of the discovery period set forth in the Amended Scheduling Conference Order (*see* ECF 23). In support of this stipulation, the parties state as follows:

1. The Court set a pretrial schedule in this case on January 24, 2017 (ECF 15), and discovery opened on February 10, 2017 with the parties' exchange of Fed. R. Civ. P. 26(a) Initial Disclosures. Thereafter the parties have mutually responded to written discovery and produced documents in response to requests for production. No depositions have yet taken place nor are any scheduled at present.

2. Throughout the fact discovery period, the parties have informally discussed settlement in good faith without achieving a resolution on their own. The parties engaged in a mediation session before the Hon. James A. Ardaiz (Ret.) in Fresno, California on June 30, 2017. Representatives from both parties with full settlement authority were present at the mediation. The mediation was productive and the parties are hopeful that a formal resolution can be reached within the next thirty (30) days. The parties are continuing to engage in settlement discussions, and the Hon. James A. Ardaiz has agreed to continue to participate in the process.

3. On June 9, 2017, at the parties' request, the Court amended the Scheduling Conference Order governing the pretrial phase of this action to extend the dates for the Non-Expert Discovery Cutoff, Expert Disclosure, Rebuttal Expert Disclosure and Expert Discovery Cutoff in order to facilitate the June 30, 2017 mediation. (*See* ECF No. 21.)

4. On July 10, 2017, at the parties' request, the Court again amended the Scheduling Conference Order governing the pretrial phase of this action to extend the dates for the Non-Expert Discovery Cutoff, Expert Disclosure, Rebuttal Expert Disclosure and Expert Discovery Cutoff in order to allow the parties to continue discussing settlement. (*See* ECF No. 23.)

5. On August 8, 2017, the parties appeared at the Joint Mid-Discovery Status Conference in this matter. Among other things, the parties represented to the Court that they were continuing to discuss settlement and that they may be requesting a further extension of the discovery deadlines in order to allow these negotiations to continue. The Court indicated it was inclined to grant such an extension so long as the dates for the Pretrial Conference and Trial in this

1 matter were not affected.

2     6.    The parties respectfully request that the Court grant a further 30-day extension of
3 the fact discovery cut-off date, with associated extensions of the expert discovery dates, in order to
4 give the parties the opportunity to continue the settlement discussions that commenced on June 30,
5 2017 prior to incurring the costs and burdens associated with fact depositions and expert
6 discovery. As per the Court's statement at the August 8, 2017 conference, these extensions will
7 not affect the Pretrial Conference or Trial Date.

8     7.    Pursuant to L.R. 144(b), the parties state that they have previously requested and
9 received two 30-day extensions from the Court (*see* ECF 21 and ECF 23).

10     8.    The proposed extension will not impact any deadlines before the Court.

11     9.    Therefore, the parties respectfully request that the Amended Scheduling Order
12 entered on July 10, 2017 be further amended as follows:

| **Event** | **Current Scheduling Order Date** | **Proposed Scheduling Order Date** |
|---|---|---|
| Non-Expert Discovery Cutoff | September 15, 2017 | October 16, 2017 |
| Expert Disclosure | September 27, 2017 | October 20, 2017 |
| Rebuttal Expert Disclosure | October 20, 2017 | November 6, 2017 |
| Expert Discovery Cutoff | November 9, 2017 | November 17, 2017 |
| Dispositive Motion Filing Deadline | November 21, 2017 | November 21, 2017 |
| Pretrial Conference | April 5, 2018<br>11:00 a.m., Dept. 10 | April 5, 2018<br>11:00 a.m., Dept. 10 |
| Jury Trial | June 5, 2018<br>8:30 a.m., Dept. 10 | June 5, 2018<br>8:30 a.m., Dept. 10 |

25 / / /
26 / / /
27 / / /
28 / / /

RESPECTFULLY SUBMITTED,

Dated: August 29, 2017　　　　　　　　　　McCORMICK, BARSTOW, SHEPPARD,
　　　　　　　　　　　　　　　　　　　　　　WAYTE & CARRUTH LLP


By: */s/ Ben Nicholson*
　　　Marshall C. Whitney
　　　Ben Nicholson
　　　Shane G. Smith
*Attorneys for Plaintiff and Counter-Defendant,*
*GALLO CATTLE COMPANY d/b/a JOSEPH*
*GALLO FARMS*

Dated: August 29, 2017　　　　　　　　　　LEWIS & LLEWELLYN LLP


By: /s/ Paul T. Llewellyn
　　　Paul T. Llewellyn
　　　Marc R. Lewis
　　　Evangeline A.Z. Burbidge
*Attorneys for Defendant and Counter-Plaintiff*
*SAPUTO DAIRY FOODS USA, LLC*

-oOo-

**SIGNATURE ATTESTATION**

I hereby attest that concurrence has been obtained from Paul T. Llewellyn, counsel for Saputo Dairy Foods USA, LLC, as indicated by a "conformed" signature (/s/) within this e-filed document.

                                                        */s/ Ben Nicholson*
                                                        Ben Nicholson

-oOo-

**ORDER**

Upon consideration of the Parties' Stipulation to Amend the Scheduling Order, and for good cause appearing, the Scheduling Conference Order governing the pretrial phase of the above-captioned litigation is amended as set forth above.

| **Event** | **Current Scheduling Order Date** | **Proposed Scheduling Order Date** |
|---|---|---|
| Non-Expert Discovery Cutoff | September 15, 2017 | October 16, 2017 |
| Expert Disclosure | September 27, 2017 | October 20, 2017 |
| Rebuttal Expert Disclosure | October 20, 2017 | November 6, 2017 |
| Expert Discovery Cutoff | November 9, 2017 | November 17, 2017 |

IT IS SO ORDERED.

Dated: **September 5, 2017**

/s/ *Eric P. Groig*
UNITED STATES MAGISTRATE JUDGE