UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GALLO CATTLE COMPANY d/b/a JOSEPH GALLO FARMS, a California limited partnership,<br><br>Plaintiff,<br><br>v.<br><br>SAPUTO DAIRY FOODS USA, LLC, a Delaware limited liability company,<br><br>Defendant. | Case No. 1:16-cv-01673-EPG<br><br>**ORDER DIRECTING THE CLERK OF THE COURT TO CLOSE CASE**<br><br>(ECF No. 29) |

On November 15, 2017, the parties filed a stipulation to dismiss this action with prejudice. (ECF No. 29.) All parties have agreed to the dismissal. *Id.* In light of the stipulation, the case has ended and is dismissed with prejudice, each party to bear its own attorney's fees and costs. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997); *Concha v. London*, 62 F.3d 1493, 1506 (9th Cir. 1995). Accordingly, the Clerk of the Court is DIRECTED to close this case.

IT IS SO ORDERED.

Dated: **November 15, 2017**        /s/ Erica P. Grosjean
                                    UNITED STATES MAGISTRATE JUDGE

1